### 3639.  KILLENS v. THE STATE.

RUSSELL, J.  No material error of law is complained of, and the evidence is sufficient to support the verdict.                    *Judgment affirmed.*
                    DECIDED NOVEMBER 20, 1911.

Accusation of larceny; from city court of Miller county—Judge Bush.  July 28, 1911.

*Bush & Stapleton,* for plaintiff in error.

*P. D. Rich, solicitor,* contra.